IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWYNE WHALEY,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>TONY B. WATTLINGTON, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br><br>NO. 23-1344 |

### ORDER

**AND NOW**, this 17th day of November, 2023, upon consideration of Antwyne Whaley's Complaint (ECF 1), his Motion for Prayer for Relief (ECF 13), Defendants' Motions to Dismiss (ECF 20 and 21), Whaley's Letter to the Court (ECF 25) and his Motion to Dismiss for Senior Attorney's Failure to Adhere to Procedural Requirements (ECF 27), it is hereby **ORDERED** that:

1. The Motion for Prayer for Relief (ECF 13) is **GRANTED.**

2. The Motions to Dismiss (ECF 20 and 21) are **GRANTED**. Counts I and IV are **DISMISSED with prejudice**. Counts II and III are **DISMISSED without prejudice** to be refiled in state court.

3. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.